O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE ESTATE OF MABEL E. HURD, Albert O. Maddox, Executor; CHARMAINE BEATTY; BLAKE MORANDI aka BLAKE TOWNSEND; DONNA JONES; JOAN MADDOX; JASON MADDOX; and ALBERT O. MADDOX,, individually<br><br>　　　　　Defendants. | Case No. CV 12-07889-JGB (VBKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Court's Order filed herewith, it is ordered that:

1. Judgment under Rule 56 is entered in favor of the United States and against the Estate of Mabel E. Hurd, Albert O. Maddox, executor, in the amount of $83,476.46 as of May 23, 2014, plus statutory accruals including pre-judgment and post-judgment interest and costs.

2. Judgment under Rule 56 is entered in favor of the United States and against Blake Morandi aka Blake Townsend in the amount of $83,476.46 as of May 23, 2014, plus statutory

1

accruals including pre-judgment and post-judgment interest and costs.

3. Judgment under Rule 56 is entered in favor of the United States and against Donna Jones in the amount of $83,476.46 as of May 23, 2014, plus statutory accruals including pre-judgment and post-judgment interest and costs.

4. Judgment under Rule 56 is entered in favor of the United States and against Joan Maddox in the amount of $83,476.46 as of May 23, 2014, plus statutory accruals including pre-judgment and post-judgment interest and costs.

5. Judgment under Rule 56 is entered in favor of the United States and against Jason Maddox in the amount of $31,554 plus post-judgment interest plus costs.

6. Judgment under Rule 56 is entered in favor of the United States and against Albert O. Maddox, individually, in the amount of $29,210.30 plus post-judgment interest and costs.

7. Judgment under Rule 55 is entered in favor of the United States and against Charmaine Beatty in the amount of $83,476.46 as of May 23, 2014, statutory accruals including plus pre-judgment and post-judgment interest and costs.

Each party shall bear their own attorney's fees.


    IT IS SO ORDERED.

Dated:  Jan. 8, 2015          _____
                                    Jesus G. Bernal
                              United States District Judge

2